DANIEL G. BOGDEN
United States Attorney
PAUL S. PADDA
Assistant United States Attorney
333 Las Vegas Blvd. South, Rm. 5000
Las Vegas, Nevada 89101
Tele: (702) 388-6336
Fax: (702) 388-6787

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NORMA SANCHEZ, individually, OMAIRA S. OWEN, as legal guardian of ROBERT MEYERS, a minor, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 2:10-cv-0629-LDG-LRL |

### NOTICE OF SUBSTITUTION

In this civil action brought pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346, 2671 *et. seq.*, Plaintiffs have named the United States Postal Service, Federal employee Michael Ellenbecker, and various "Doe" and "Roe" corporations as party defendants. However, as noted by this Court in a prior case, "[t]he United States is the only proper defendant in a suit brought pursuant to the FTCA." Whitehorn v. Federal Communications Commission, 235 F.Supp.2d 1092, 1097 (D.Nev. 2002) (*citing* FDIC v. Craft, 157 F.3d 697, 706 (9th Cir. 1998)). "Nor is an agency a proper defendant under the FTCA." Id. With respect to individual employees of the Federal Government, 28 U.S.C. § 2679(d)(1) provides that "[u]pon certification by the Attorney General that the defendant employee was acting within the scope of his [or her] office or employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a United States district court shall be deemed an

action against the United States under the provisions of this title and all references thereto, and the United States shall be substituted as the party defendant." Here, Mr. Ellenbecker has been deemed by the Attorney General's authorized representative to have been acting in the scope and course of his employment during the event alleged in the Plaintiffs' Complaint filed on May 3, 2010.

In light of the foregoing, notice is hereby provided that the United States of America is substituted as the proper party defendant for the United States Postal Service and Federal employee Michael Ellenbecker.[1] All further pleadings, communications and court orders shall reflect that the only Defendant in this case is the United States of America.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ *Paul S. Padda*

_____
PAUL S. PADDA
Assistant United States Attorney
333 Las Vegas Blvd. South, #5000
Las Vegas, Nevada 89101
Tele: (702) 388-6336
Fax: (702) 388-6787

Attorneys for the United States

Dated: October 18, 2010

ORDER

IT IS SO ORDERED.

DATED this 20 day of October, 2010.

_____
Lloyd D. George
Sr. U.S. District Judge

---

[1] A suit naming "Roe" and "Doe" defendants may not be maintained in Federal court. See Fifth Associates v. Prudential Insurance Co. of America, 446 F.2d 1187, 1191 (9th Cir. 1970).